IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KWOK SZE, | : | |
|     Plaintiff | : | No. 1:12-cv-00619 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| PUI-LING PANG, et al., | : | (Magistrate Judge Blewitt) |
|     Defendants | : | |

## ORDER

**AND NOW,** on this 16th day of April 2014, **IT IS HEREBY ORDERED THAT** Magistrate Judge Blewitt's Report and Recommendation (Doc. No 20) is **ADOPTED IN PART**.

**IT IS FURTHER ORDERED THAT:**

1. Plaintiff's claims for declaratory relief are **DISMISSED WITH PREJUDICE;**

2. Plaintiff's claims for monetary damages pursuant to Article One, Section Eight of the Pennsylvania Constitution are **DISMISSED WITH PREJUDICE;** and,

3. The above-captioned action is **REFERRED BACK** to Magistrate Judge Blewitt for pretrial management, including disposition of any pending motions.

                                                                      s/ Yvette Kane
                                                                      Yvette Kane, District Judge
                                                                      United States District Court
                                                                      Middle District of Pennsylvania