# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KWOK SZE, | : | |
|     Plaintiff | : | No. 1:12-cv-00619 |
| | : | |
| vs. | : | (Judge Kane) |
| | : | |
| PUI-LING PANG, et al., | : | (Magistrate Judge Blewitt) |
|     Defendants | : | |

## ORDER

**ACCORDINGLY**, on this 15th day of January 2015, **IT IS HEREBY ORDERED THAT:**

1. Magistrate Judge Blewitt's Report and Recommendation (Doc. No. 52) is **ADOPTED**;

2. Petitioner's objections are **OVERRULED**; and

3. In light of the presence of the witnesses, parties, and evidence in Westchester County, New York, the Clerk of Court is directed to transfer this action to the United States District Court for the Southern District of New York and to close the case.

                                                S/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania